Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Phone: 702-228-7590 / Fax: 702-892-0122
Email: bkfilings@s-mlaw.com

Attorneys for Court Appointed Receiver R. Wayne Klein

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R. WAYNE KLEIN, as Receiver, <br><br> Plaintiff, <br><br> vs. <br><br> JOEL BLAKESLEE, individually and as Trustee of Blakeslee Family Living Trust, the BLAKESLEE FAMILY LIVING TRUST, and JOHN DOES 1-5, <br><br> Defendant. | Case No. 2:17-cv-01893-JCM-CWH <br><br> **AMENDED ORDER APPROVING APPLICATION FOR JUDGMENT DEBTOR EXAMINATION** |

The Application For Examination of Joel Blakeslee (the "Application") having been filed by R. Wayne Klein, the Court-appointed Receiver (the "Plaintiff"); the Court having reviewed the Application, and finding that there is good cause to continue the original date and time set forth in the Application as the Court had not processed the Application, and for good cause shown, it is hereby

ORDERED that the Application is GRANTED, and that this Order be served upon Joel Blakeslee, as an individual and as Trustee of the Blakeslee Family Living Trust (collectively, the "Judgment Debtors"), requiring the Judgment Debtors to appear at the offices of Schwartzer & McPherson Law Firm, 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146 on August 31, 2017, at the hour of 2:00 p.m. to answer concerning the Judgment Debtors' property and

/ / /

/ / /

/ / /

/ / /

Order re judgment debtor exam Blakeslee       1

1 provide any documentary proof of any assets that the Judgment Debtors have in their possession
2 or in which the Judgment Debtors have an interest, including, but not limited to, paychecks,
3 automobiles, real property, personal property, bank accounts, claims, and any and all other assets
4 held.

5   Dated this 19th day of July, 2017.

          /s/ Jeanette E. McPherson
          Jeanette E. McPherson, Esq.
          Schwartzer & McPherson Law Firm
          2850 South Jones Boulevard, Suite 1
          Las Vegas, NV  89146
          Attorneys for Plaintiff

IT IS SO ORDERED.

DATED:  July 20, 2017

_____
C.W. HOFFMAN JR.
UNITED STATES MAGISTRATE JUDGE

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122