Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Phone: 702-228-7590 / Fax: 702-892-0122
Email: bkfilings@s-mlaw.com

Attorneys for Court Appointed Receiver R. Wayne Klein

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| R. WAYNE KLEIN, as Receiver,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL BLAKESLEE, individually and as Trustee of Blakeslee Family Living Trust, the BLAKESLEE FAMILY LIVING TRUST, and JOHN DOES 1-5,<br><br>Defendant. | Case No. 2:17-cv-01893-JCM-CWH<br><br>**REQUEST FOR REMOVAL OF ATTORNEYS** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA AND TO ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on March 29, 2017, R. Wayne Klein, Court Appointed Receiver ("Plaintiff"), by and through his counsel, Jeanette E. McPherson, Esq., of Schwartzer & McPherson Law Firm filed a Certification Of Judgment For Registration In Another District. This Court opened the case under a miscellaneous case number, 2:13-cv-00405-TC, and erroneously entered Chris Martinez, Peggy Hunt, and Sarah Goldberg of the law firm of Dorsey & Whitney LLP (collectively, the "Dorsey & Whitney Attorneys"), who had represented the Plaintiff in obtaining the judgment against Joel Blakeslee, individually and as Trustee of the Blakeslee Family Living Trust, and the Blakeslee Family Living Trust, as counsel for the Plaintiff.

On May 26, 2017, the Plaintiff filed an Application For Judgment Debtor Examination in the miscellaneous case. On July 11, 2017, the Court issued a Notice converting the miscellaneous case to a regular civil docket and assigning case number 2:17-cv-01893-JCM-CWH.

The Dorsey & Whitney Attorneys are not representing the Plaintiff in this action and

1 therefore, the Plaintiff requests that the Dorsey & Whitney Attorneys be removed from the
2 CM/ECF list in this matter.
3       DATED this 27th day of July, 2017.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq., NV Bar 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Attorneys for Court Appointed Receiver R. Wayne Klein

IT IS SO ORDERED.

DATED: July 28, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Request for removal     2