# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| R. WAYNE KLEIN,<br><br>        Plaintiff(s),<br><br>    v.<br><br>JOEL BLAKESLEE,<br><br>        Defendant(s). | Case No. 2:17-CV-1893 JCM (DJA)<br><br>ORDER |

Presently before the court is the matter of *Klein v. Blakeslee et al.*, case number 2:17-cv-01893-JCM-DJA. Receiver R. Wayne Klein registered a foreign judgment from the District of Utah in this court on March 29, 2017. (ECF No. 1). Klein moved for judgment debtor exam on May 26, 2017, (ECF No. 3), which the court granted (ECF Nos. 9; 14).

On August 22, 2019, Klein filed a notice of release and satisfaction of judgment. (ECF No. 17). Because Klein's judgment has been satisfied, no further action has been taken in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the clerk shall administratively close this case.

DATED March 11, 2020.

                                                    UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**